IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.18-20104-CR-COOKE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| v. | § | |
| ALI NASREDDINE KASSIR, | § | |
| Defendant. | § | |
| _____/ | | |

**JOINT ORDER TO EXTEND SURRENDER DATE**

**THIS CASE** having come before the court on the Joint Motion to Extend Surrender Date, and the court being fully apprised of the circumstances therein, it is hereby **ORDERED AND ADJUDGED** as follows:

The Defendant's Unopposed Motion to Extend Surrender Date is **GRANTED**. The Defendant is set to surrender on *Monday, March 2, 2020 at 2:00 p.m.*

**DONE and ORDERED** in Chambers, in Miami-Dade County, Florida, on this 9th day of January 2020.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
Jeffrey S. Weiner, Esquire
Michael Thakur, Esquire, Assistant United States Attorney
Clerk's Office
U.S. Pretrial Services